IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JAMES EARL SMITH                                                            PLAINTIFF

VS.                         Civil No. 06-CV-1046

UNKNOWN                                                     DEFENDANT

**ORDER**

     Now on this 7th day of November, 2006, comes on for consideration the proposed findings and recommendations filed herein on August 23, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

     Accordingly, the court finds that plaintiff's complaint should be and is hereby dismissed as frivolous and for failing to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time .

     IT IS SO ORDERED.

                                                  */s/ Harry F. Barnes*
                                                  **HARRY F. BARNES**
                                                  **U.S. DISTRICT JUDGE**